## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | 4:20-CR-3002 |
| vs. | | ORDER |
| JOSE IGNACIO AVENDANO, | | |
| Defendant. | | |

This matter is before the Court on the a motion to terminate supervised release (filing 4). The Court may do so "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(2); *see* Fed. R. Crim. P. 32.1(c); *United States v. Mosby*, 719 F.3d 925, 930 (8th Cir. 2013); *see also* U.S.S.G. § 5D1.2 cmt. n.5. The Court finds it is warranted here. Accordingly,

IT IS ORDERED:

1.  The motion to terminate supervised release (filing 4) is granted.

2.  The defendant is discharged from supervision and the proceedings in this case are terminated.

Dated this 1st day of April, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge